IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY LOVELL ARNOLD,

    Plaintiff,                           No. CIV S-08-2886 DAD P

    vs.

M. WILLIAMS, et al.,

    Defendants.                    ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application is incomplete because plaintiff did not attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be granted thirty days to submit a certified copy of his prison trust account statement for the relevant six-month period.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall complete the attached Notice of Submission of Document and submit it to the court, within thirty days from the date of this order, with a certified copy of plaintiff's prison trust account statement for the

1

1  six-month period immediately preceding the filing of the complaint in this action. Plaintiff is
2  cautioned that failure to comply with this order or seek an extension of time to do so will result
3  in a recommendation that this action be dismissed without prejudice.
4  DATED: December 9, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
arno2886.3c

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   COREY LOVELL ARNOLD,
11           Plaintiff,                   No. CIV S-08-2886 DAD P
12       vs.
13   M. WILLIAMS, et al.,                 NOTICE OF SUBMISSION
14           Defendants.                  OF DOCUMENT
15   _____/
16           Plaintiff hereby submits the following document in compliance with the court's
17   order filed _____:
18           ____ certified trust account statement for the six-month period preceding the
19                filing of this action.
20   DATED: _____.
21
22
                                          _____
23                                        Plaintiff
24
25
26
```